**CGFD33** (10/01/16)



**ORDERED in the Southern District of Florida on March 2, 2020**

A. Jay Cristol
United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 19–26498–AJC
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Cesar Emilio Perez
5225 SW 133 Ct Dr
Miami, FL 33175

SSN: xxx–xx–5037

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

# # #